United States Bankruptcy Court
Northern District Of Illinois
Eastern Division

In re:   )   Case No.: 13-B10978

Tasha Higgins   )   Chapter 7

)   Honorable Bruce W. Black

)

**Notice of Motion**

To: See Attached Service List

PLEASE TAKE NOTICE that on September 27, 2013

I shall appear before the Honorable Bruce W. Black, Chief Bankruptcy Judge, at the Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present and request an immediate hearing on a **Motion to Re-open Case**, a copy of which is attached and served on you.

**Certificate of Service**

I, Tasha Higgins, Debtor, state that on September 16, 2013 the above Notice of Motion and the appended **Motion to Re-open** were filed and serve on all parties via Mail as identified.

Tasha Higgins

XXXXX7897

*[signature]*
9-16-2013

*[Filed stamp: KENNETH S. GARDNER, CLERK / SEP 16 2013 / UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS]*

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In re:

Tasha Higgins,

Debtor

Case No.: 13-B10978

Chapter 7

Honorable Bruce W. Black

## Motion to Re-Open Chapter 7 Bankruptcy Case and Waiver of Filling Fee

NOW COMES TASHA HIGGINS, debtor, and moves this court to limit notice to that given, reopen the above-captioned Chapter 7 case of bankruptcy and in support states as follows.

1. I, Tasha Higgins filled a petition for relief under Chapter 7 of the Bankruptcy Code on March 20, 2013.

2. The following document was submitted to the courts via mail, after request of document via telephone.
   - Form B23

3. The delay in submitting Form B23 was due to illness that caused debtor to be bed ridden and hospitalized. Under the circumstances of this case debtor believes notice of motion is adequate

WHEREFORE, debtor respectfully asks the court to limit notice of this motion to that given and Re-open this Chapter 7 case and wave the filling fee of motion.

_[signature]_